| | |
|---|---|
| 1  **BRIAN G. WOLF, ESQ. (BAR NO. 135257)** | E-FILED 8/24/17 |
| 2  **DAVID B. JONELIS, ESQ. (BAR NO. 265235)** | |
|    **LAVELY & SINGER** | |
| 3  **PROFESSIONAL CORPORATION** | JS-6 |

1 **BRIAN G. WOLF, ESQ. (BAR NO. 135257)**
2 **DAVID B. JONELIS, ESQ. (BAR NO. 265235)**
   **LAVELY & SINGER**
3 **PROFESSIONAL CORPORATION**
   2049 Century Park East, Suite 2400
4 Los Angeles, California 90067-2906
   Telephone: (310) 556-3501
5 Facsimile: (310) 556-3615
6 Email: bwolf@lavelysinger.com
           djonelis@lavelysinger.com
7
8 Attorneys for Plaintiff
   BAKER FILM FUND, LLC
9

E-FILED 8/24/17

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| BAKER FILM FUND, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>WEATHERVANE PRODUCTIONS, INC., a Nevada corporation; FORREST CAPITAL PARTNERS, INC., a Florida corporation; WELLS FARGO ADVISORS, LLC, a Delaware limited liability company; WELLS FARGO BANK, N.A., a national association; JASON VAN EMAN, an individual; BENJAMIN MCCONLEY, an individual; and DOES 1 through 20, inclusive,<br><br>Defendants. | CASE NO. 2:16-cv-07979 PSG (PLAx)<br><br>Hon. Philip S. Gutierrez<br>Courtroom 6A<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANTS**; ORDER<br><br>Date Action Filed: September 21, 2016<br>Action Removed: October 26, 2016 |

**STIPULATION OF DISMISSAL AS TO ALL DEFENDANTS**

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41, Plaintiff Baker Film Fund, LLC and Defendants Wells Fargo Bank, N.A. (the "Bank"), Wells Fargo Advisors, LLC ("WFA"), Weathervane Productions, Inc., Forrest Capital Partners, Inc., Jason Van Eman, and Benjamin McConley hereby stipulate that this action is dismissed <u>with prejudice</u> as to all of Plaintiff's claims against Defendants, each party to bear its own attorney fees and costs arising from, incurred in, or connected with this action.

Dated: August 21, 2017

Respectfully submitted,

/s/ Brian G. Wolf
Brian G. Wolf
David B. Jonelis
**Lavely and Singer PC**
2049 Century Park East Suite 2400
Los Angeles, CA 90067-2906

*Counsel for Plaintiff Baker Film Fund LLC*

/s/ Jarrod D. Shaw
Jarrod D. Shaw (*admitted pro hac vice*)
jshaw@mcguirewoods.com
**McGuireWoods LLP**
EQT Plaza
625 Liberty Avenue, 23rd Floor
Pittsburgh, PA 15222
Telephone: 412-667-6000
Facsimile: 412-667-6050

/s/ Michael Licari
Michael Licari
**D'Egidio Licari and Townsend APC**
7801 Mission Center Court Suite 240
San Diego, CA 92108

*Attorney for Defendants Benjamin McConley, Forrest Capital Partners, Inc., Jason Van Eman, and Weathervane Productions, Inc.*

/s/ Molly M. White
Molly M. White SBN #171448
mwhite@mcguirewoods.com
**McGuireWoods LLP**
1800 Century Park East
8th Floor
Los Angeles, CA 90067-1501
Telephone: 310.315.8200
Facsimile: 310.315.8210

*Counsel for Defendant Wells Fargo Bank, N.A. and Wells Fargo Advisors, LLC*

1 | Pursuant to Central District Local Rule 5-4.3.4(a)(2)(i), the filer attests that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

Dated:  August 21, 2017

LAVELY & SINGER
PROFESSIONAL CORPORATION
BRIAN G. WOLF
DAVID B. JONELIS


By:   /s/ Brian G. Wolf
Counsel for Plaintiff
BAKER FILM FUND, LLC

---

**IT IS SO ORDERED.**

DATED: 8/24/17

_____
**U.S. DISTRICT JUDGE**

---

**STIPULATION OF DISMISSAL AS TO ALL DEFENDANTS**